# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LORI AND MICHAEL KOHUTEK,

    Plaintiffs,

v.                                                            No. 2:18-CV-01076-SMV-KRS

RHONDA BURNS; DESTINY REAL
ESTATE AND DEVELOPMENT, LLC;
DIANNA GANDY,

    Defendants.

## ORDER VACATING AND RESETTING MAY 29, 2019 SETTLEMENT CONFERENCE AND PRE-TRIAL DEADLINES

THIS MATTER came before the Court on Joint Motion to Vacate and Reset May 29, 2019 Settlement Conference and Pre-Trial Deadlines (Doc. 31). The Motion was submitted by all parties to this suit. The Court finds and concludes the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the May 29, 2019 Settlement Conference is VACATED and hereby reset for July 30, 2019. A separate order with details will follow.

IT IS FURTHER ORDERED that the case management deadlines (Doc. 24) are modified as follows:

(a) Plaintiffs' deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: from July 1, 2019, to August 15, 2019;

(b) Defendants' deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: July 1, 2019, to August 15, 2019;

(c) Plaintiffs' expert-disclosure deadline: July 15, 2019, to September 1, 2019;

(d) Defendants' expert-disclosure: August 15, 2019, to October 1, 2019;

(e) Termination of discovery: November 1, 2019, to November 10, 2019.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE